**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: MELISSA R. PAGAN**　　　　　　　　　　**CASE NO.: 21-50458 KMS**
**DEBTOR**　　　　　　　　　　　　　　　　　　　**CHAPTER: 7**

**OBJECTION TO CLAIM OF EXEMPTION**

**COMES NOW,** Creditor ACORN Funding Group, LLC (herein referred to as "Creditor"), by and through its counsel, files this Objection to Claim of Exemption and in support states as follows:

1.　　Debtor, Melissa Pagan, filed this Chapter 7 case on April 16, 2021.

2.　　Debtor lists real estate located at 74 Suttora Lane, Picayune, Mississippi 39426 on her Schedule A/B with an estimated value of $66,000.00.

3.　　Debtor claims this property as 100% of fair market value, up to any applicable statutory limit on Schedule C. Debtor specifically lists Miss. Code Ann. § 85-3-21 as the supporting law that allows said exemption. This statute is known as the "homestead exemption."

4.　　Creditor objects to Debtor's claim of the homestead exemption on the property as alleged in her Schedule C, as Debtor never filed and/or claimed the homestead exemption with the Pearl River County tax assessor where the subject property is located. This is a prerequisite for claiming a homestead exemption. The Pearl River Tax Assessor's record is attached hereto as Exhibit "A" showing no homestead exemption exists for the Debtor's property.

**WHEREFORE**, the Creditor prays that this Court sustain the objection and disallow the exemption claimed on real property located at 74 Suttora Lane, Picayune, Mississippi 39426.

**RESPECTFULLY** submitted, this the 9th day of June 2021

　　　　　　　　　　　　　　　　　　　　　　/s/ Kimberly D. Putnam
　　　　　　　　　　　　　　　　　　　　　　Kimberly D. Putnam (Bar #102418)
　　　　　　　　　　　　　　　　　　　　　　Attorney For Acorn Funding Group

**Dean Morris, LLC**
Attorneys at Law
1820 Avenue of America
Monroe, Louisiana 7l201
Telephone: (3l8) 330-9020
kim.mackey@ms.creditorlawyers.com

## CERTIFICATE OF SERVICE

I, Kimberly D. Putnam, hereby certify that I have notified the following interested parties of the Entry of Appearance filed herein:

Nicholas T Grillo
Attorney at Law
grillolawms@gmail.com

Kimberly R. Lentz
Trustee
7trustee@lentzlittle.com

U.S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

By electronic transmission or by mailing this notice and a copy of the Objection to Claim of Exemptions filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this 9th day of June, 2021.

Dean Morris, LLC
1820 Avenue of America
Monroe, Louisiana 71201
(3l8) 330-9020

/s/ Kimberly D. Putnam
Kimberly D. Putnam (Bar #102418)
kim.mackey@ms.creditorlawyers.com
Attorney For Acorn Funding Group