IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     MELISSA R. PAGAN            CASE NO.: 21-50458 KMS
           DEBTOR                                   CHAPTER 7

## RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS

Kimberly R. Lentz, Chapter 7 Trustee submits to the United States Bankruptcy Court, Southern District of Mississippi the following list of Unclaimed Funds, Claimants and Amounts pursuant to 11 U.S.C. §347 and Fed. R. Bankr. P. 3011.

PAYEE:     ACORN FUNDING GROUP, LLC ("CLAIM NO. 1-1")
               200 SUMMIT BLVD, UNIT 421
               BROOMFIELD, CO 80021

AMOUNT:    $4,997.43

REASON:     Creditor did not negotiate check.

                                         Respectively Submitted,
                                         KIMBERLY R. LENTZ, TRUSTEE

                                         */s/ Kimberly R. Lentz*
                                         Kimberly R. Lentz, Attorney (Bar No. 8986)

OF COUNSEL:
Kimberly R. Lentz, Esq.
Chapter 7 Trustee
Post Office Box 927
Gulfport, Mississippi 39502
Telephone (228) 867-6050

## CERTIFICATE OF SERVICE

I, KIMBERLY R. LENTZ, do hereby certify that the following have been served electronically via ECF with a copy of the foregoing document:

United States Trustee: USTPRegion05.JA.ECF@usdoj.gov

I further certify that I mailed a true and correct copy of the foregoing document to:

Acorn Funding Group, LLC ("Claim No. 1-1")
200 Summit Blvd, Unit 421
Broomfield, CO 80021

Melissa R. Pagan
74 Suttora Ln
Carriere, MS 39426

This the 2nd day of December, 2022.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ

| | | |
|---|---|---|
| Kimberly R. Lentz, Trustee<br>Post Office Box 927<br>Gulfport, MS 39502 | **AXOS BANK**<br>4350 La Jolla Village Dr, Suite 140<br>San Diego, CA 92122<br>Remit To Court | 90-8725/1222<br>**CHECK NUMBER**<br>**2009** |

| DATE | AMOUNT |
|---|---|
| 12/2/22 | $***********4,997.43 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 21-50458-KMS | Debtor: MELISSA R. PAGAN |

**PAY TO THE ORDER OF**
FOR CHECK VERIFICATION: 888-374-8267 Option 8

Clerk, U.S. Bankruptcy Court

Four Thousand Nine Hundred Ninety Seven Dollars And 43/100

*[signature]*
CHAPTER 7 TRUSTEE
THIS CHECK VOID AFTER 90 DAYS

⑈002009⑈ ⑆122287251⑆ 7440500000717⑈

---

| Date: 12/2/22 | Check Number: 2009 | Amount: $4,997.43 |
|---|---|---|
| Case Number 21-50458-KMS<br>Debtor Name: MELISSA R. PAGAN | | |
| Paid To:   Clerk, U.S. Bankruptcy Court | Trustee:   Kimberly R. Lentz, Trustee<br>Post Office Box 927<br>Gulfport, MS 39502 | |
| Description:   Remit To Court | | |
| Bank Account Number: 7440500000717 | | |

| Date: 12/2/22 | Check Number: 2009 | Amount: $4,997.43 |
|---|---|---|
| Case Number 21-50458-KMS<br>Debtor Name: MELISSA R. PAGAN | | |
| Paid To:   Clerk, U.S. Bankruptcy Court | Trustee:   Kimberly R. Lentz, Trustee<br>Post Office Box 927<br>Gulfport, MS 39502 | |
| Description:   Remit To Court | | |
| Bank Account Number: 7440500000717 | | |